E-Filed 1/5/2016

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY C MILLER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>    Defendants. | Case No.  15-cv-03113-HRL<br><br>**ORDER SETTING STATUS CONFERENCE**<br><br>**ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT AND SERVE DEFENDANTS**<br><br>Re: Dkt. No. 13 |

Cindy Miller, as co-plaintiff with her son Shane Miller, filed this case six months ago. Shane Miller is incarcerated in Santa Clara County's jail, and Plaintiffs allege that Shane has been mistreated by county personnel during his incarceration. Plaintiffs therefore raise claims under section 1983, the Americans with Disabilities Act, and California tort law against the county and several of its personnel. No defendants have appeared on the record and Plaintiffs have yet to file any proof of service.

The court held a second case management conference on January 5, 2016. Shane Miller's counsel expressed his intention to do three things in the near future: (1) apply for the pro hac vice admission of co-counsel; (2) file an amended complaint; and (3) serve the remaining unserved defendants.

No later than February 4, 2016, Plaintiffs shall file an amended complaint, shall serve all of the defendants they intend to serve, and shall file each proof of service. The court sets a status conference for February 9, 2016.

**IT IS SO ORDERED.**

Dated: 1/5/2016

_____
HOWARD R. LLOYD
United States Magistrate Judge