Blake Horwitz, Esq.
*Pro Hac Vice*
The Blake Horwitz Law Firm, LTD.
111 W. Washington St., Ste. 1611
Chicago, Illinois 60605
(312) 676-2100
bhorwitz@bhlfattorneys.com

J. Michael Sean Onderick, Esq.
The Law Firm of J. Hector Moreno, Jr. & Associates
1800 Hamilton Avenue, Suite 100
San Jose, CA 95125
(408) 440-2575
sean@jhmlaw.com

Attorneys for Plaintiff, SHANE D. MILLER

UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE D. MILLER,<br>　　　　　　　Plaintiff,<br>　　vs.<br>COUNTY OF SANTA CLARA; SANTA CLARA COUNTY SHERIFF'S OFFICE; SANTA CLARA COUNTY JAIL; SANTA CLARA VALLEY MEDICAL CENTER; DR. ALEXANDER CHYORNY in his individual and official capacity as Adult Custody Health Services Physician; SANTA CLARA COUNTY COUNSEL CHERYL A. STEVENS in her individual and official capacity as county counsel; SHERIFF LAURIE SMITH in her individual and official capacity of Sheriff of the County of Santa Clara; SERGEANTS MATTHEW TRACY, J. JENSEN, DURAN, PADGETT and BRACKETT, in their individual and official capacity of jail personnel at the Santa Clara County Jail; DEPUTY/OFFICERS J. SMITH, LOZANO, NGUYEN, SANTOS, PHILLIP, J. CHACON, TEJADA, ANTHONY DIAZ, T. GONZALES, EUGENE TOBOLA, VASQUEZ, TEMPRA, PEARCE, CHETCUTI, FLORES, REYES, GRANT, CORTES, NEEDHAN, VALLEJO, DIAS, and MADRIZ in their individual and official capacity of jail personnel at the Santa Clara County Jail; and DOES 1-100, INCLUSIVE,<br>　　　　　　　Defendants. | CASE NO: 15-cv-03113-HRL<br><br>**MOTION TO WITHDRAW**<br><br>Complaint Filed: July 6, 2015<br>Honorable Edward Davila |

1

# PLAINTIFF'S MOTION TO WITHDRAW

PLAINTIFF, by and through his attorney, Blake Horwitz, Esq., respectfully requests that this Court grant this Motion to Withdraw, and in support thereof, states the following:

1. Irreconcilable differences have arisen between counsel for the Plaintiff and Plaintiff Shane Miller.

2. Due to these differences, Plaintiff's counsel seeks to withdraw Blake Horwitz from this matter.

4. Plaintiff's counsel has advised Plaintiff that he seeks to withdraw from this cause. This motion has also been sent to Plaintiff via e-mail.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Motion to Withdraw.

Respectfully Submitted

*s/ Blake Horwitz*
Attorneys for Plaintiffs
The Blake Horwitz Law Firm, Ltd.

Blake Horwitz, Esq.
111 W. Washington St., Ste 1611
Chicago, Illinois 60602
Telephone: (312) 676-2100
Fax: (312) 445-8741

2

**DECLARATION OF COUNSEL**

I, BLAKE HORWITZ., declare as follows:

I am an attorney licensed to practice law in the State of Illinois with an appearance in this cause by way of *Pro Hac Vice*, and I represent the Plaintiff to this cause.

On August 29, 2016, I notified Plaintiff, through his mother Cindy Miller, that I will be withdrawing from this matter and on September 12, 2016, I e-mailed Plaintiff, through his mother Cindy Miller, this Motion to Withdraw.

I declare under penalty of perjury that the foregoing is true and correct of my own personal knowledge, or is information provided to me which I believe to be true.

Date:   September 12, 2016

By:   s/ Blake Horwitz
      _____
      Blake Horwitz