1  JAMES R. WILLIAMS, Acting County Counsel (S.B. #271253)
   STEPHEN H. SCHMID, Deputy County Counsel (S.B. #078055)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California 95110-1770
4  Telephone: (408) 299-5900
   Facsimile: (408) 292-7240
5
   Blake P. Loebs (SBN: 145790)
6  bloebs@meyersnave.com
   David Mehretu (SBN: 269398)
7  dmehretu@meyersnave.com
   MEYERS, NAVE, RIBACK, SILVER & WILSON
8  555 12th Street, Suite 1500
   Oakland, California 94607
9  Telephone: (510) 808-2000
   Facsimile: (510) 444-1108
10
   Attorneys for Defendants
11 COUNTY OF SANTA CLARA (Incorrectly Sued
   as Santa Clara County Sheriff's Office, Santa Clara
12 County Jail, and Santa Clara County Valley
   Medical Center); SHERIFF LAURIE SMITH; DR.
13 ALEXANDER CHYORNY; CHERYL A.
   STEVENS; SERGEANT J. JENSEN; SERGEANT
14 MATTHEW TRACY; SERGEANT THOMAS
   DURAN; RYAN REYES; ORLANDUS
15 NEEDHAM; ANTHONY DIAZ; THOMAS
   GONZALES; EUGENE TOBOLA; and MIGUEL
16 CORTES

17                **UNITED STATES DISTRICT COURT**

18          **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

19

| | |
|---|---|
| 20  SHANE D. MILLER, | Case No. 15-CV-03113-EJD |
| 21         Plaintiff, | **DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO WITHDRAW** |
| 22         v. | |
| 23  COUNTY OF SANTA CLARA; SANTA CLARA COUNTY SHERIFF'S OFFICE; | Judge:  Hon. Edward J. Davila |
| 24  SANTA CLARA COUNTY JAIL; SANTA CLARA VALLEY MEDICAL CENTER; DR. | Date:   March 2, 2017<br>Time:   9:00 a.m.<br>Crtrm.:  4, 5th Floor |
| 25  ALEXANDER CHYORNY in his individual and official capacity as Adult Custody Health | Trial Date:    None Set |
| 26  Services Physician; SANTA CLARA COUNTY COUNSEL CHERYL A. | |
| 27  STEVENS in her individual and official capacity as county counsel; SHERIFF | |
| 28  LAURIE SMITH in her individual and official | |

1 | capacity of Sheriff of the County of Santa Clara; SERGEANTS MATTHEW TRACY, J. JENSEN, DURAN, PADGETT and BRACKETT, in their individual and official capacity of jail personnel at the Santa Clara County Jail; DEPUTY/OFFICERS J. SMITH, LOZANO, NGUYEN, SANTOS, PHILLIP, J. CHACON, TEJADA, ANTHONY DIAZ, T. GONZALES, EUGENE TOBOLA, VASQUEZ, TEMPRA, PEARCE, CHETCUTI, FLORES, REYES, GRANT, CORTES, NEEDHAN, VALLEJO, DIAS, and MADRIZ in their individual and official capacity of jail personnel at the Santa Clara County Jail; and DOES 1-100, INCLUSIVE,

Defendants.

15-CV-03113-EJD

**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO WITHDRAW**

Local Rule 11-5 provides in pertinent part that "[w]hen withdrawal by an attorney from an action is not accompanied by simultaneous appearance of substitute counsel or agreement of the party to appear pro se, leave to withdraw may be subject to the condition that papers may continue to be served on counsel for forwarding purposes, unless and until the client appears by other counsel or pro se." L.R. 11-5(b).

Cognizant of the Court's discretion under Local Rule 11-5 to subject leave to withdraw on the condition that papers may continue to be served by Defendants on Mr. Onderick for forwarding purposes, unless and until Plaintiff Miller appears by other counsel or pro se, Defendants hereby advise the Court, pursuant to Local Rule 7-3(b), that they do not oppose Plaintiff's Motion To Withdraw (Dkt. 127).

DATED:  October 6, 2016                Respectfully submitted,

MEYERS, NAVE, RIBACK, SILVER & WILSON

By: _____/s/  Blake P. Loebs_____
Blake P. Loebs
Attorneys for Defendants COUNTY OF SANTA CLARA (Incorrectly Sued as Santa Clara County Sheriff's Office, Santa Clara County Jail, and Santa Clara County Valley Medical Center); SHERIFF LAURIE SMITH; DR. ALEXANDER CHYORNY; CHERYL A. STEVENS; SERGEANT J. JENSEN; SERGEANT MATTHEW TRACY; SERGEANT THOMAS DURAN; RYAN REYES; ORLANDUS NEEDHAM; ANTHONY DIAZ; THOMAS GONZALES; EUGENE TOBOLA; and MIGUEL CORTES