J. Hector Moreno, Jr.
*Attorney at Law*

*The Law Firm of*
**J. HECTOR MORENO, JR.**
*& Associates*

*Associate Attorneys*

J Michael Sean Onderick
Caleb K. Wan
Stephanie C. Lloyd
Joseph D. Tang

November 9, 2016

**Sent Via E-Filing**
Honorable Edward J. Davila
United States District Court, Northern District of California
San Jose Courthouse, Courtroom 4 – 5th Floor
280 South 1st Street
San Jose, CA  95113

    RE:    **Matter of Shane D. Miller v. County of Santa Clara, et al.**
              **CASE NO: 15-cv-03113-HRL**

Dear Judge Davila:

    I write concerning the Case Management Conference set to occur before you at 10:00 a.m. tomorrow morning in Courtroom 4 – 5th Floor.  I am requesting to be allowed to appear telephonically because my wife will have to have an urgent biopsy tomorrow morning at 9:30 a.m.  I notified David Mehretu this afternoon that I would be making this request and he said that he had no objection to my appearing telephonically.  I will also brief Joseph Tang, an associate with The Law Firm of J. Hector Moreno, Jr. and Associates with respect to everything I believe he will need to know regarding the hearing tomorrow and Mr. Tang can appear in person if the Court wishes.

    I apologize for this request on the eve of the hearing, however I just learned that my wife would need the biopsy performed tomorrow.

    Thank you.

                                Sincerely,

                                THE LAW FIRM OF J. HECTOR MORENO, JR.
                                & ASSOCIATES

                                J MICHAEL SEAN ONDERICK
                                Attorney at Law

JSO/kgs