UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHANE D. MILLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>　　　　　Defendants. | Case No.  5:15-cv-03113-EJD<br><br>**ORDER RE: REQUEST TO APPEAR TELEPHONICALLY**<br><br>Re: Dkt. No. 136 |

　　　　Presently before the court is a letter filed November 9, 2016, from Attorney J. Michael Sean Onderick.  Dkt. No. 136.  Onderick requests leave to appear telephonically at the Case Management Conference ("CMC") scheduled for 11:00 a.m. on November 10, 2016.

　　　　Assuming Attorney Joseph Tang personally appears at the CMC as offered in Onderick's letter, the court will permit, but will not require, Onderick to appear telephonically in light of the circumstances.  However, Onderick is required to appear telephonically if Tang will not appear personally.

　　　　Onderick shall arrange for a telephonic appearance through CourtCall if one is still ecessary in light of this order.

**IT IS SO ORDERED.**

Dated:  November 9, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 5:15-cv-03113-EJD
ORDER RE: REQUEST TO APPEAR TELEPHONICALLY