1  JAMES R. WILLIAMS, County Counsel (S.B. #271253)
   STEPHEN H. SCHMID, Deputy County Counsel (S.B. #078055)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California 95110-1770
   Telephone: (408) 299-5900
4  Facsimile: (408) 292-7240

5  Blake P. Loebs (SBN: 145790)
   bloebs@meyersnave.com
6  David Mehretu (SBN: 269398)
   dmehretu@meyersnave.com
7  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
8  Oakland, California 94607
   Telephone: (510) 808-2000
9  Facsimile: (510) 444-1108

10 Attorneys for Defendants
   COUNTY OF SANTA CLARA (Incorrectly Sued
11 as Santa Clara County Sheriff's Office, Santa Clara
   County Jail, and Santa Clara County Valley
12 Medical Center); SHERIFF LAURIE SMITH; DR.
   ALEXANDER CHYORNY; CHERYL A.
13 STEVENS; SERGEANT J. JENSEN; SERGEANT
   MATTHEW TRACY; SERGEANT THOMAS
14 DURAN; RYAN REYES; ORLANDUS
   NEEDHAM; ANTHONY DIAZ; THOMAS
15 GONZALES; EUGENE TOBOLA; and MIGUEL
   CORTES

16

17              **UNITED STATES DISTRICT COURT**

18      **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

19

20 SHANE D. MILLER,                    | Case No. 15-CV-03113-EJD

21        Plaintiff,                   | **STIPULATION FOR DISMISSAL WITH
                                       | PREJUDICE; [PROPOSED] ORDER**
22        v.
                                       | Trial Date:      None Set
23 COUNTY OF SANTA CLARA; et al.,

24        Defendants.

25

26

27

28

                                                        15-CV-03113-EJD

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Defendants County of Santa Clara (Incorrectly Sued as Santa Clara County Sheriff's Office, Santa Clara County Jail, and Santa Clara County Valley Medical Center); Sheriff Laurie Smith; Dr. Alexander Chyorny; Cheryl A. Stevens; Sergeant J. Jensen; Sergeant Matthew Tracy; Sergeant Thomas Duran; Ryan Reyes; Orlandus Needham; Anthony Diaz; Thomas Gonzales;  Eugene Tobola; Miguel Cortes; Jose Chacon; Eli Vallejo; Sgt. Russell Brackett; Jeromie Smith; Olivia Lozano; David Pearce; Sgt. Richard Sheridan; Dustin Cogliandro; David Barlow; Sean Zaporta; and Sgt. Stanley Graham ("Defendants"); and Plaintiff Shane D. Miller ("Plaintiff"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. The parties wish to dismiss the entire action **with prejudice**.

2. Defendants agree to waive their right to seek sanctions, costs, and/or attorneys' fees in connection with this action.

3. The parties agree, as provided below, to mutually release all known and unknown claims concerning any matter whatsoever up to the date of this stipulation.

WHEREFORE, the parties hereby stipulate and agree as follows:

1. The above-captioned case shall be dismissed **with prejudice** in its entirety pursuant to Rule 41 of the Federal Rules of Civil Procedure.

2. Each party shall bear his, her or its own attorneys' fees and costs.

3. Defendants agree to waive their right to seek sanctions, costs, and/or attorneys' fees in connection with this action.

4. Plaintiff, for himself and his affiliates, predecessors, successors, assigns, representatives, principals, members, agents, officers, employees, directors, managers, legal or personal representatives, and attorneys, hereby releases and forever discharges Defendants, their affiliates, predecessors, successors, assigns, representatives, principals, members, agents, officers, employees, directors, managers, legal or personal representatives, and attorneys, from any and all claims, demands, damages, actions, causes of action, costs and expenses, including attorneys' fees and medical expenses, of every kind and nature whatsoever (collectively, "Claims"), known or

1   unknown, asserted or unasserted, legal or equitable, that Plaintiff may have had, or may have, relating

2   to any matter whatsoever up to the date of this stipulation, including but not limited to: (i) Plaintiff's

3   incarceration at any time in the Santa Clara County Jail (the "Jail"); (ii) Plaintiff's care and

4   treatment provided by County of Santa Clara ("County") health care providers in the Jail and/or at

5   Santa Clara Valley Medical Center ("SCVMC") at any time, including activity occurring while

6   upon the premises of SCVMC; (iii) Plaintiff's interactions, contact, and/or communications at any

7   time with the Santa Clara County Sheriff's Department ("Sheriff's Department"), including any

8   employees of the Sheriff's Department; (iv) Plaintiff's interactions, contact, and/or

9   communications at any time with any defendant in this action; and (v) any activity attributed to the

10  County and/or employees thereof occurring at any time up to the date of this stipulation, including

11  but not limited to the activities of Defendants' attorneys, staff, and independent contractors

12  involved in the defense of this action.

13          5.      Defendants, for themselves and their affiliates, predecessors, successors, assigns,

14  representatives, principals, members, agents, officers, employees, directors, managers, legal or

15  personal representatives, and attorneys, hereby releases and forever discharge Plaintiff, his affiliates,

16  predecessors, successors, assigns, representatives, principals, members, agents, officers, employees,

17  directors, managers, legal or personal representatives, and attorneys, from any and all claims,

18  demands, damages, actions, causes of action, costs and expenses, including attorneys' fees and

19  medical expenses, of every kind and nature whatsoever (collectively, "Claims"), known or unknown,

20  asserted or unasserted, legal or equitable, that Defendants may have had, or may have, relating to any

21  matter whatsoever up to the date of this stipulation, including but not limited to: (i) Plaintiff's

22  incarceration at any time in the Jail; (ii) Plaintiff's care and treatment provided by County health

23  care providers in the Jail and/or at SCVMC at any time, including activity occurring while upon

24  the premises of SCVMC; (iii) Plaintiff's interactions, contact, and/or communications at any time

25  with the Sheriff's Department, including any employees of the Sheriff's Department; (iv)

26  Plaintiff's interactions, contact, and/or communications at any time with any defendant in this

27  action; and (v) any activity attributed to the County and/or employees thereof occurring at any

28  time up to the date of this stipulation, including but not limited to the activities of Defendants'

STIPULATION FOR DISMISSAL WITH PREJUDICE; PROPOSED ORDER

1    attorneys, staff, and independent contractors involved in the defense of this action.

2        6.      The parties understand and expressly agree that the mutual release of all Claims

3    agreed to by the Parties in this stipulation extends to all Claims of every nature and kind, known or

4    unknown, and expressly waive and agree not to challenge such waiver of any and all rights

5    granted to them under the provisions of Section 1542 of the California Civil Code, which

6    provides:

7        A general release does not extend to claims which the creditor does not know or
         suspect to exist in his or her favor at the time of executing the release, which if
8        known by him or her must have materially affected his or her settlement with the
         debtor.

9
         The Parties, being aware of said code section, hereby expressly waive any rights they may
10
     have thereunder, as well as under any other statutes or common law principles of similar effect
11
     pertaining to the claims released pursuant to this stipulation.
12

13       IT IS SO STIPULATED.

14

15   DATED:  January 26, 2017              MEYERS, NAVE, RIBACK, SILVER & WILSON

16

17                                 By: _____

18                                        Blake P. Loebs
                                          David Mehretu
19                                        Attorneys for Defendants COUNTY OF SANTA
20                                        CLARA (Incorrectly Sued as Santa Clara County
                                          Sheriff's Office, Santa Clara County Jail, and
                                          Santa Clara County Valley Medical Center);
21                                        SHERIFF LAURIE SMITH; DR. ALEXANDER
                                          CHYORNY; CHERYL A. STEVENS;
22                                        SERGEANT J. JENSEN; SERGEANT
                                          MATTHEW TRACY; SERGEANT THOMAS
23                                        DURAN; RYAN REYES; ORLANDUS
                                          NEEDHAM; ANTHONY DIAZ; THOMAS
24                                        GONZALES; EUGENE TOBOLA; MIGUEL
                                          CORTES; JOSE CHACON; ELI VALLEJO;
25                                        SGT. RUSSELL  BRACKETT; JEROMIE
                                          SMITH; OLIVIA LOZANO; DAVID PEARCE;
26                                        SGT. RICHARD SHERIDAN; DUSTIN
                                          COGLIANDRO; DAVID BARLOW; SEAN
27                                        ZAPORTA; AND SGT. STANLEY GRAHAM

28

1

DATED:  January  26, 2017         Respectfully submitted,

2

THE LAW FIRM OF J. HECTOR MORENO, JR. &
3         ASSOCIATES

4

5         By: _____
          J. Michael Sean Onderick
6         Attorneys for Plaintiff, SHANE D. MILLER

7    2768011.1

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties which is recited above, this action is hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that, each party shall bear his, her or its own costs of litigation, including attorneys' fees.

**IT IS SO ORDERED.**

Dated: _____

_____
District Court Judge Edward J. Davila

STIPULATION FOR DISMISSAL WITH PREJUDICE; PROPOSED ORDER